HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAMON MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00068-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| RAMON MAGANA, | Date: July 23, 2018<br>Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Kathleen Servatius, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ramon Magana, that the status conference currently scheduled for April 23, 2018, at 1:00 p.m. may be moved to July 23, 2018, at 1:00 p.m.

The defense has received initial discovery and requires additional time to investigate and engage in possible plea negotiations. The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

| | |
|---|---|
| | Respectfully submitted, |
| | |
| | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| Date: April 19, 2018 | */s/ Kathleen Servatius*<br>KATHLEEN SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | |
| Date: April 19, 2018 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAMON MAGANA |

**O R D E R**

**IT IS SO ORDERED THAT** the 1st Status Conference currently scheduled for April 23, 2018, at 1:00 p.m. is hereby continued to July 23, 2018, at 1:00 p.m. Pursuant to the agreement of the parties, time is excluded for defense preparation, defense investigation, and plea negotiation purposes. Time excluded 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **April 20, 2018**          /s/ *Barbara A. McAuliffe*
                        UNITED STATES MAGISTRATE JUDGE