HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAMON MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON MAGANA,<br><br>Defendant. | Case No. 1:18-cr-00068-DAD-BAM<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON**<br><br>Hon. Barbara A. McAuliffe |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Ramon Magana, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any appearance and all proceedings in this matter. Mr. Magana agrees that his interests shall be represented at all times by the presence of his attorney, Reed Grantham from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Magana were personally present. This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 17, 2018 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
RAMON MAGANA

I consent to the above.

Dated: October 17, 2018 */s/ Ramon Magana*
RAMON MAGANA
Original signature on file

# O R D E R

**IT IS HEREBY ORDERED** that the personal presence of Defendant RAMON DEJESUS MAGANA is not required for proceeding that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated: **October 18, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE