1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RAMON MAGANA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:18-cr-00068-DAD-BAM |
   |---|---|
12 | Plaintiff, | **STIPULATION TO VACATE TRIAL AND SET BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
13 | vs. | |
14 | RAMON MAGANA, | |
15 | Defendant. | |

17         IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Ramon Magana, that the trial confirmation, and

20 trial date, currently scheduled for April 25, 2022, and May 10, 2022, respectively, may be

21 vacated and that a briefing schedule and hearing date be set for a defense motion to suppress in

22 accordance with the schedule below. There is good cause to continue the trial date as set forth

23 below.

24         1.    The Indictment charges Mr. Magana with conspiracy to distribute a controlled

25 substance, aiding and abetting (Count 1) and possession of a controlled substance with intent to

26 distribute a controlled substance, aiding and abetting (Count 2). If convicted, Counts 1 and 2

27 each carry a mandatory minimum sentence of 10 years to life.

28         2.    Trial in this matter is currently set for Tuesday, May 10, 2022, and a trial

1 confirmation hearing is set for April 25, 2022.

2     3.    Counsel in this matter are requesting a briefing schedule be set and that the trial date be vacated for the reasons set forth below.

4     4.    On March 3, 2022, counsel for the defendant contacted government counsel and requested additional discovery. On March 14, 2022, and on March 15, 2022, the government provided the discovery requested. On March 18, 2022, after review and consideration of the newly provided discovery, the defense indicated to the government that it intends to file a motion to suppress in this matter.

9     5.    In order for the parties to have sufficient time and opportunity to file and brief the issue, and in order for the Court to have sufficient time to review, consider, and hear argument with respect to the defense motion, the parties are requesting that a briefing schedule be set on the motion and that the trial confirmation and trial date currently set for April 25, 2022, and May 10, 2022, respectively, be vacated.

14     6.    Accordingly, the parties hereby agree and stipulate that the following briefing schedule and hearing date be set:

- Defense motion to be filed on or before April 22, 2022
- Government opposition to be filed on or before May 13, 2022
- Any defense reply to be filed on or before May 27, 2022
- Motion hearing to be set on June 6, 2022, at 10:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

22     7.    The parties agree that the delay resulting from the continuance to June 6, 2022, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

//

//

//

-2-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 21, 2022                    */s/ Reed Grantham*
                                         REED GRANTHAM
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         RAMON MAGANA


PHILLIP A. TALBERT
United States Attorney

Date: March 21, 2022                    */s/ Jessica Massey*
                                         JESSICA MASSEY
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The trial confirmation hearing set for April 25, 2022, and the trial set for May 10, 2022, are hereby vacated.

**IT IS FURTHER ORDERED THAT** a briefing schedule on the defense motion is hereby set in accordance with the above. The defense motion is to be filed on or before April 22, 2022. The government opposition is to be filed on or before May 13, 2022. Any defense reply is to be filed on or before May 27, 2022. A hearing on the motion is hereby set for June 6, 2022, at 10:00 a.m. before the Honorable Dale A. Drozd, United States District Court Judge.

Time shall be excluded to June 6, 2022, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated:   **March 21, 2022**                              _____
                                                         UNITED STATES DISTRICT JUDGE