1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    RAMON MAGANA
7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:18-cr-00068-DAD-BAM

12              Plaintiff,               **STIPULATION TO MODIFY BRIEFING
                                         SCHEDULE AND HEARING DATE;**
13  vs.                                  **ORDER**

14  RAMON MAGANA,

15              Defendant.

16

17          IT IS HEREBY STIPULATED, by and between the parties through their respective

18  counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Ramon Magana, that the briefing schedule

20  previously set on March 22, 2022 (*see* Dkt. #50), be modified as set forth below, and that the

21  motion hearing currently set for Monday, June 6, 2022, be continued to Monday, June 27, 2022.

22          On March 21, 2022, the parties submitted a stipulation to set a briefing schedule and

23  hearing date on a proposed defense motion to suppress. *See* Dkt. #49. Since that date, the parties

24  have been in discussions regarding additional discovery, which was provided on April 7, 2022,

25  and April 13, 2022. In light of this discovery and a defense request to continue the briefing

26  schedule and hearing date, the parties hereby agree and stipulate that the briefing schedule and

27  hearing date previously set be modified in accordance with the below:

28  //

1 • Defense motion to be filed on or before May 13, 2022

2 • Government opposition to be filed on or before June 3, 2022

3 • Any defense reply to be filed on or before June 17, 2022

4 • Motion hearing to be set on June 27, 2022, at 9:00 a.m.

5 The dates proposed are mutually agreeable dates for the parties and the parties make this request

6 with the intention of conserving time and resources for both the parties and the Court.

7      The parties agree that the delay resulting from the continuance to June 6, 2022, shall be

8 excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial

9 motion, through the conclusion of any hearing on the motion, and the prompt disposition of the

10 motion. *See* 18 U.S.C. § 3161(h)(1)(D).

11                                 Respectfully submitted,

12                                 HEATHER E. WILLIAMS
Federal Defender

13

14 Date: April 15, 2022             */s/ Reed Grantham*
REED GRANTHAM

15                                 Assistant Federal Defender
Attorney for Defendant

16                                 RAMON MAGANA

17

18                                 PHILLIP A. TALBERT
United States Attorney

19

20 Date: April 15, 2022             */s/ Jessica Massey*
JESSICA MASSEY

21                                 Assistant United States Attorney
Attorney for Plaintiff

22

23

24

25

26

27

28

1

**O R D E R**

2    **IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby modified

3 in accordance with the above. The defense motion is to be filed on or before May 13, 2022. The

4 government opposition is to be filed on or before June 3, 2022. Any defense reply is to be filed

5 on or before June 17, 2022. A hearing on the motion is hereby set for June 27, 2022, at 9:00 a.m.

6 before the Honorable Dale A. Drozd, United States District Court Judge.

7    Time shall be excluded to June 27, 2022, under 18 U.S.C. § 3161(h)(1)(D) because the

8 delay results from the filing of a pretrial motion, through the conclusion of any hearing on the

9 motion, and the prompt disposition of the motion.

10

IT IS SO ORDERED.

11

12    Dated:   **April 18, 2022**

UNITED STATES DISTRICT JUDGE