1 | PHILLIP A. TALBERT
United States Attorney
2 | JESSICA A. MASSEY
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
6 | Attorneys for Plaintiff
United States of America
7 |
8 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMON DEJESUS MAGANA,

Defendant.

CASE NO.  1:18-CR-00068-DAD-BAM

STIPULATION TO AMEND BRIEFING
SCHEDULE AND TO CONTINUE MOTION
HEARING;  ORDER

**BACKGROUND**

On May 13, 2022, defendant, filed a motion to suppress evidence.  Doc. 55.  Due to unanticipated scheduling issues since the time the parties requested their current briefing schedule [Doc. 53, 54], the government requests additional time to file its opposition to defendant's motion to suppress.  Additionally, due to vacation schedules of both counsel, the parties request that the court also extend the time for defense counsel to file his reply brief, if any, and to continue the current hearing date.

THEREFORE, defendant Ramon Dejesus Magana, by and through his counsel of record, and the United States of America, by and through its counsel of record, hereby stipulate and agree to the following amended briefing schedule and request that the Court enter an order reflecting this schedule:

1

1.      Any opposition by the United States must be filed on or before July 1, 2022.

2.      Any reply by the defendant must be filed on or before August 15, 2022.

3.      Motion hearing to be held August 22, 2022.


        The parties agree that, pursuant to 18 U.S.C. § 3161(h)(1)(D), time is excluded through August 22, 2022, as such delay is the result of a pretrial motion.


Dated: June 1, 2022                                    PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ JESSICA A. MASSEY
                                                       JESSICA A. MASSEY
                                                       Assistant United States Attorney


Dated:  June 1, 2022                                   /s/ REED B. GRANTHAM
                                                       REED B. GRANTHAM
                                                       Counsel for Defendant
                                                       RAMON DEJESUS MAGANA


## O R D E R

**IT IS HEREBY ORDERED** that the deadline for the government's opposition to defendant's motion to suppress is extended from June 3, 2022, to July 1, 2022, and the deadline for defendant's reply brief, if any, is extended from June 17, 2022, to August 15, 2022.  The motion hearing currently set for June 27, 2022, at 9:00 a.m. is continued to August 22, 2022, at 9:00 a.m.  Time is excluded through August 22, 2022, for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **June 2, 2022**                              _____
                                                       UNITED STATES DISTRICT JUDGE

2