HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMON MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00068-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL CONFIRMATION AND TRIAL AND SET CHANGE OF PLEA HEARING;  ORDER |
| vs. | |
| RAMON MAGANA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ramon Magana, that the trial confirmation, and trial date, currently scheduled for March 20, 2023, and April 4, 2023, respectively, may be vacated and a change of plea hearing date be set for April 24, 2023, at 8:30 a.m.

On September 23, 2022, this matter was set for a trial confirmation hearing on March 20, 2023, and a trial on April 4, 2023. *See* Dkt. #73. The parties are in the process of working on a plea resolution to this matter, and are requesting to vacate the current trial confirmation and trial date, and to set a change of plea hearing for April 24, 2023, so that the parties have time to finalize their discussions.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the

1  requested date is a mutually agreeable date for both parties. The parties stipulate that for the
2  purpose of computing time under the Speedy Trial Act, the Court should exclude time from the
3  date of this order through April 24, 2023, for defense preparation and investigation, pursuant to
4  18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by
5  resetting the status conference date outweigh the best interest of the public and the defendant in a
6  speedy trial.

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

Date: March 3, 2023        */s/ Reed Grantham*
        REED GRANTHAM
        Assistant Federal Defender
        Attorney for Defendant
        RAMON MAGANA


        PHILLIP A. TALBERT
        United States Attorney

Date: March 3, 2023        */s/ Jessica Massey*
        JESSICA MASSEY
        Assistant United States Attorney
        Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The trial confirmation hearing set for March 20, 2023, and the trial set for April 4, 2023, are hereby vacated. A change of plea hearing is set for April 24, 2023, at 8:30 a.m.

The time through April 24, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   March 6, 2023

_____
UNITED STATES DISTRICT JUDGE