HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMON MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON MAGANA,<br><br>Defendant. | Case No. 1:18-cr-00068-ADA-BAM-1<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ramon Magana, that the change of plea hearing currently scheduled for April 24, 2023, at 8:30 a.m. be continued to May 22, 2023, at 8:30 a.m.

On March 7, 2023, this matter was set for a change of plea hearing on April 24, 2023. *See* Dkt. #77. Due to the unavailability of the Court on April 24, 2023, the need to accommodate the parties' schedules, and so that the parties have sufficient time to finalize and file the plea agreement in this case, the parties are requesting that the current change of plea hearing scheduled for April 24, 2023, at 8:30 a.m., be continued to May 22, 2023, at 8:30 a.m.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the

1 purpose of computing time under the Speedy Trial Act, the Court should exclude time from the
2 date of this order through May 22, 2023, for defense preparation and investigation, pursuant to
3 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by
4 resetting the status conference date outweigh the best interest of the public and the defendant in a
5 speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 13, 2023        /s/ Reed Grantham
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            RAMON MAGANA


PHILLIP A. TALBERT
United States Attorney

Date: April 13, 2023        /s/ Jessica Massey
                            JESSICA MASSEY
                            Assistant United States Attorney
                            Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The change of plea hearing set for April 24, 2023, at 8:30 a.m. is hereby continued to May 22, 2023, at 8:30 a.m.

The time through May 22, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   April 14, 2023

_____
UNITED STATES DISTRICT JUDGE