HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMON MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00068-ADA-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| RAMON MAGANA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Ramon Magana, that the change of plea hearing currently scheduled for June 26, 2023, at 8:30 a.m. be continued to August 7, 2023, at 8:30 a.m.

This matter is currently set for a change of plea on June 26, 2023. However, additional time is needed by the parties to finalize the plea agreement in this case and to prepare and submit relevant documents prior to the change of plea hearing. Accordingly, the parties request that the matter be continued to August 7, 2023, for a change of plea hearing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government agrees with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this

1 order through August 7, 2023, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 13, 2023            */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               RAMON MAGANA


PHILLIP A. TALBERT
United States Attorney

Date: June 13, 2023            */s/ Kimberly Sanchez*
                               KIMBERLY SANCHEZ
                               Assistant United States Attorney
                               Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** The change of plea hearing set for June 26, 2023, at 8:30 a.m. is hereby continued to August 7, 2023, at 8:30 a.m.

The time through August 7, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   June 13, 2023

_____
UNITED STATES DISTRICT JUDGE