1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RAMON MAGANA
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:18-cr-00068-ADA-BAM

12            Plaintiff,               **STIPULATION TO CONTINUE
                                       SENTENCING;  ORDER**
13  vs.
                                       Date:   November 27, 2023
14  RAMON MAGANA,                      Time:  8:30 a.m.
                                       Judge: Hon. Ana de Alba
15            Defendant.

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Ramon Magana, that the sentencing hearing

20  currently scheduled for October 30, 2023, at 8:30 a.m. may be continued to November 27, 2023,

21  at 8:30 a.m.

22         Mr. Magana entered a plea of guilty, pursuant to a plea agreement, to Count 1 of the

23  Superseding Information on August 7, 2023. *See* Dkt. #98. At that time, sentencing was set for

24  October 30, 2023, at 8:30 a.m. *See* Dkt. #98. The assigned probation officer has indicated that

25  additional time is necessary for preparation of the draft Presentence Investigation Report (PSR).

26  The parties are therefore in agreement to continue sentencing in this matter to November 27,

27  2023, at 8:30 a.m.

28         //

1      The requested continuance is made with the intention of conserving time and resources

2   for both the parties and the Court. The government is in agreement with this request and the

3   requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no

4   exclusion of time is necessary.

5

6                                        Respectfully submitted,

7
                                         PHILLIP A. TALBERT
8                                        United States Attorney

9   Date: September 15, 2023             */s/ Brittany Gunter*
                                         BRITTANY GUNTER
10                                       Assistant United States Attorney
                                         Attorney for Plaintiff
11

12                                       HEATHER E. WILLIAMS
                                         Federal Defender
13

14  Date: September 15, 2023             */s/ Reed Grantham*
                                         REED GRANTHAM
15                                       Assistant Federal Defender
                                         Attorney for Defendant
16                                       RAMON MAGANA

17

18                              **O R D E R**

19      IT IS HEREBY ORDERED, for the reasons set forth above, that the sentencing hearing

20  scheduled for October 30, 2023, at 8:30 a.m. be continued to November 27, 2023, at 8:30 a.m.

21

22

23  IT IS SO ORDERED.

24      Dated:   September 18, 2023     _____

25                                       UNITED STATES DISTRICT JUDGE

26

27

28